JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMMY STEPHON SULLIVAN,<br><br>             Petitioner,<br>  vs.<br>FELIX M. VASQUEZ, Acting Warden,<br><br>             Respondent. | Case No. CV 12-09183-JLS (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 5, 2016

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1